UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Harold Peterson

    v.                             Civil No. 10-cv-170-JL

United States of America et al.

**NOTICE TO PARTIES**

The parties are hereby notified that the Center for Public Integrity recently published a report on the healthcare-related investments of federal judges currently presiding over challenges to the constitutionality of the Patient Protection and Affordable Care Act, including the undersigned. See Brendan L. Smith, Ctr. for Pub. Integrity, Invested in health care: Judges presiding over health care lawsuits have stakes in industry (Dec. 21, 2010), available at www.publicintegrity.org/articles/entry/2775 (stating that "Joseph Laplante of the District of New Hampshire owns shares in at least five mutual funds with investments in pharmaceutical companies," but noting that "[m]utual funds typically invest in many different stocks, so any potential conflict for a judge is minimal"). If the parties wish to seek any relief based on that report, the court requests that they do so in advance of the motion hearing currently scheduled for **January 26, 2011 at 2:30 p.m.**

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  January 3, 2011

cc:  Harold Peterson, pro se
     Eric R. Womack, Esq.
     T. David Plourde, AUSA